AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>Bryan, Robert J. | **2. Court or Organization**<br><br>Western District of Washington | **3. Date of Report**<br><br>4/8/2009 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Senior Article III Judge | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>**5b.** ☐ Amended Report | **6. Reporting Period**<br><br>01/01/2008<br>to<br>12/31/2008 |
| **7. Chambers or Office Address**<br><br>1717 Pacific Avenue<br>Room 4427<br>Tacoma WA 98402 | **8.** On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member | Bryan Fisheries LLC (Fishing Vessel) |
| 2. Partner (50%) | Bryan Properties LLP (investments) |
| 3. Managing Owner | Heartsong Holdings LLC (investments) |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 8/67 | Department of Retirement Systems - State Pension |
| 2. | |
| 3. | |

RECEIVED 2009 APR 16 A 10: 56 FINANCIAL DISCLOSURE OFFICE

Bryan_Robert_J

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2008 | Washington State Department of Retirement Systems | $21,072.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bryan, Robert J. | 4/8/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including t ust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - WA Mutual Bank, Henderson NV, CD | A | Interest | J | T | Buy | 11/23 | J | | |
| 36. - East West Bank, Pasadena CA, CD | A | Interest | J | T | Buy | 2/15 | J | | |
| 37. - Bank of North Carolina CD | A | Interest | J | T | Buy | 3/31 | J | | |
| 38. - 1st State Bank, Gothenburg NE, CD | A | Interest | L | T | Buy | 4/24 | L | | |
| 39. - Bank of N Georgia, Alpharetta GA, CD | A | Interest | J | T | Buy | 4/30 | J | | |
| 40. - Beal Savings Bank, Las Vegas NV, CD | A | Interest | J | T | Buy | 5/28 | J | | |
| 41. - GMAC Bank, Midvale UT, CD | A | Interest | J | T | Buy | 8/22 | J | | |
| 42. - GMAC Bank, Midvale UT, CD | A | Interest | L | T | Buy | 8/22 | L | | |
| 43. - Pinnacle Nat'l Bank, Nashville TN, CD | A | Interest | J | T | Buy | 9/12 | J | | |
| 44. - Wachovia Bank, Houston TX, CD | A | Interest | K | T | Buy | 9/19 | K | | |
| 45. - People Bank of WS, Haywood WS, CD | A | Interest | J | T | Buy | 12/5 | J | | |
| 46. - Atlantic Southern Bank, Macon GA, CD | A | Interest | J | T | Buy | 12/31 | J | | |
| 47. - Stillwater National Bank, Stillwater OK, CD | A | Interest | J | T | Buy | 12/31 | J | | |
| 48. -First Bank, Sioux Falls SD CD (end Bryan Prop. LLP) | A | Interest | J | T | Buy | 12/31 | J | | |
| 49. Heartsong Holdings LLC (see remarks) | | | | | | | | | |
| 50. - Bldg.: Marysville WA | | Rent | O | W | Transferred (from line 9) | 7/1 | O | | Bryan Properties LLP |
| 51. - Bldg.: Olympia WA | | Rent | N | W | Transferred (from line 12) | 7/1 | N | | Bryan Properties LLP |

1. Income Gain Codes:  A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
   (See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
   (See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
   (See Column C2)   U =Book Value   V =Other   W =Estimated

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Section VII, line 6, is a partnership entity which held all of the investments on lines 7 through 48 until July 1, 2008. On that date, the partners, █████████ and Robert Bryan, (reporting person) distributed certain of the Bryan Properties LLP assets, ████ taking in the name of "Bryfam LLC" and the reporter taking in the name of "Heartsong Holdings LLC." Bryan Properties LLP remains active, holding the assets not distributed.

| Name of Person Reporting | Date of Report |
|---|---|
| Bryan, Robert J. | 4/8/2009 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Sig

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544